# United States District Court
## Western District of Kentucky

**Chambers of**
**Charles R. Simpson III**
**District Judge**

247 U. S. Courthouse
601 W. Broadway
Louisville, Kentucky 40202
(502) 625-3600
Fax: (502) 625-3619

3:98-CR-97-S
USA v. Watford

March 18, 2005

Ladies and Gentlemen of the Jury,

With respect to your question, you should follow the court's instructions, and with respect to Count 1 specifically, the court's instructions regarding the elements of the crime of conspiracy and the definitions on pages 9 and 10 of the instructions.

FILED SG
US DISTRICT COURT CLERK
WESTERN DISTRICT OF KY
05 MAY 17 PM 1:11